**DISMISS; and Opinion Filed May 24, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00469-CV

**MARVIN BROCK, Appellant**
**V.**
**R.J.T. PROPERTY AND MANAGEMENT LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01265-B**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

This appeal was filed April 21, 2016 and was ordered abated and administratively closed four days later due to bankruptcy. *See* TEX. R. APP. P. 8.2. Our order abating the appeal provided that we would reinstate the appeal upon a party's motion showing federal law or the bankruptcy court permitted reinstatement. *See id.* 8.3.

The bankruptcy case was dismissed July 21, 2016, but the parties did not notify the Court. The Court learned of the dismissal in March 2019 when it conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system.

On March 8, 2019, the Court informed the parties by letter that it had learned that the bankruptcy case had been dismissed. The Court further informed the parties that the appeal would be reinstated and would be dismissed for want of prosecution or for failure to respond to a Court

order or notice from the Clerk of the Court unless, within ten days of the date of the letter, any party gave cause as to why it should not be dismissed. *See id.* 42.3(b),(c). In response, appellant filed a motion seeking a ten-day extension of time. No other party responded.

We granted appellant's motion by order dated April 4, 2019 and directed appellant to file a letter brief explaining why the appeal should not be dismissed for want of prosecution. Although we cautioned the appeal would be dismissed if he failed to comply by April 15, 2019, appellant has not complied or otherwise communicated with the Court.

This appeal has been administratively closed for three years, although it could have been reinstated in July 2016 and prosecuted over the last thirty months. Having given appellant an opportunity to show cause why we should not dismiss the appeal and having received no explanation, we dismiss the appeal. *See id.* 42.3(b),(c).

/Ada Brown/
ADA BROWN
JUSTICE

160469F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARVIN BROCK, Appellant

No. 05-16-00469-CV          V.

R.J.T. PROPERTY AND MANAGEMENT
LLC, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-16-01265-B.
Opinion delivered by Justice Brown,
Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any order from the bankruptcy court, we **ORDER** that appellee R.J.T. Property and Management LLC recover its costs, if any, of this appeal from appellant Marvin Brock.

Judgment entered this 24th day of May 2019.